```
 1  CHARLES B. PERKINS #126942
    FLYNN, ROSE & PERKINS
 2  59 North Santa Cruz Avenue, Suite Q
    Los Gatos, California 95030
 3  (408) 399-4566
    Email: cbperk@earthlink.net
 4
    Attorney for Plaintiff                                    *E-FILED - 3/3/10*
 5  MARLENE LANGONE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE LANGONE, | Case No. C09 00536 RMW |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND (P xxxxxxxxx ) ORDER** |
| vs. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and GROUP LONG TERM DISABILITY BENEFITS FOR EMPLOYEES OF SAFEWAY, INC. PLAN, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Marlene Langone, and Defendants, Hartford Life and Accident Insurance Company and the Group Long Term Disability Benefits for Employees of Safeway, Inc. Plan, by and through their respective counsel of record, that the above-entitled action be dismissed with prejudice, each party to bear her or its own attorney's fees and costs.

DATE: November 11, 2009                          FLYNN, ROSE & PERKINS

                                                 By _[signature]_____
                                                    CHARLES B. PERKINS
                                                    Attorney for Plaintiff
                                                    Marlene Langone

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATE: November 30, 2009 | KELLY, HOCKEL & KLEIN PC |
| 4 | | By _____ |
| 5 | | Thomas K. Hockel |
| 6 | | Attorney for Defendants Hartford Life and Accident Insurance Company and |
| 7 | | Group Long Term Disability Benefits for Employees of Safeway, Inc. Plan |
| 8 | | |

ORDER

Based on the stipulation of the parties,

IT IS HEREBY ORDERED that this action be, and hereby is, dismissed with prejudice. Each party shall bear her or its own attorney's fees and costs.

IT IS SO ORDERED.

DATE: 3/3/10 , xxxx

*Ronald M. Whyte*
JUDGE RONALD M. WHYTE