CHARLES B. PERKINS #126942
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
Email: cbperk@earthlink.net

Attorney for Plaintiff
MARLENE LANGONE

*E-FILED - 3/3/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE LANGONE,<br><br>              Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and GROUP LONG TERM DISABILITY BENEFITS FOR EMPLOYEES OF SAFEWAY, INC. PLAN,<br><br>              Defendants. | Case No. C09 00536 RMW<br><br>**STIPULATION FOR DISMISSAL AND (P xxxxxxxxx ) ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff, Marlene Langone, and Defendants, Hartford Life and Accident Insurance Company and the Group Long Term Disability Benefits for Employees of Safeway, Inc. Plan, by and through their respective counsel of record, that the above-entitled action be dismissed with prejudice, each party to bear her or its own attorney's fees and costs.

DATE: November 11, 2009

FLYNN, ROSE & PERKINS

By _____
CHARLES B. PERKINS
Attorney for Plaintiff
Marlene Langone

DATE: November 30, 2009

KELLY, HOCKEL & KLEIN PC

By _____
Thomas K. Hockel
Attorney for Defendants Hartford Life and Accident Insurance Company and Group Long Term Disability Benefits for Employees of Safeway, Inc. Plan

## ORDER

Based on the stipulation of the parties,

IT IS HEREBY ORDERED that this action be, and hereby is, dismissed with prejudice. Each party shall bear her or its own attorney's fees and costs.

IT IS SO ORDERED.

DATE: 3/3/10 , xxxx

_____
JUDGE RONALD M. WHYTE